UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HAN,<br><br>             Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, *et al.*,<br><br>             Defendants. | Case No. 2:25-cv-00103-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 29]** |

1       On September 23, 2025, the parties filed a stipulation for dismissal of the action with prejudice ("Stipulation").  Dkt. 29.

       The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and DISMISSES the action with prejudice.  Each party is to bear their own attorney's fees and costs.

       IT IS SO ORDERED.

Dated: September 24, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge